**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  1060 Nepperhan Ave LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  88 – 0903334

4. **Debtor's address**

   **Principal place of business**
   1060  Nepperhan Avenue
   Number  Street

   Yonkers  NY  10703
   City  State  ZIP Code

   Westchester
   County

   **Mailing address, if different from principal place of business**
   Number  Street

   P.O. Box

   City  State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number  Street

   City  State  ZIP Code

5. **Debtor's website** (URL)  _____

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 1

Debtor   1060 Nepperhan Ave LLC
         Name                                                              Case number (if known) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY
              District _____  When _____  Case number _____
                                              MM / DD / YYYY

Debtor  **1060 Nepperhan Ave LLC**  
<sub>Name</sub>

Case number *(if known)*_____

| | |
|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☐ No <br> ☒ Yes.  Debtor **KCT, Inc.**    Relationship **Affiliate** <br>         District **Southern**       When **01/22/2025** <br>                                                          MM / DD / YYYY <br>         Case number, if known _____ |
| 11. **Why is the case filed in *this district*?** | *Check all that apply:* <br> ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>      What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br><br> **Where is the property?**_____ <br>                                                    Number    Street <br>                                         _____ <br>                                         _____    ____  _____ <br>                                              City                       State ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.  Insurance agency _____ <br>              Contact name _____ <br>              Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:* <br> ☒ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. **Estimated number of creditors** | ☒ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000 <br> ☐ 50-99         ☐ 5,001-10,000      ☐ 50,001-100,000 <br> ☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000 <br> ☐ 200-999 |

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page **3**

Debtor  **1060 Nepperhan Ave LLC**_____   Case number (*if known*)_____
   Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/22/2025
     MM / DD / YYYY

✗ _[signature]_____   **Kirk Lewin**_____
 Signature of authorized representative of debtor   Printed name

Title **Managing Member**_____

**18. Signature of attorney**

✗ **/s/ Mark S. Lichtenstein**_____   Date  01/22/2025
 Signature of attorney for debtor      MM / DD / YYYY

**Mark S. Lichtenstein**_____
Printed name
**Akerman LLP**_____
Firm name
**1251**  **Avenue of the Americas, 37th Floor**_____
Number  Street
**New York**_____ **NY**_____ **10020**_____
City     State  ZIP Code

**(212) 880-3800**_____ **mark.lichtenstein@akerman.com**_____
Contact phone    Email address

**2527455**_____ **NY**_____
Bar number    State

# 1060 NEPPERHAN AVE LLC  CORPORATE RESOLUTION
## AUTHORIZING FILING OF BANKRUPTCY PETITION

The undersigned, being the President of **1060 NEPPERHAN AVE LLC**, a Delaware Limited Liability Company (the "**Company**"), duly organized and existing under the laws of Delaware, hereby adopts the following resolutions, and such resolutions have not been amended or rescinded and are now in full force and effect:

**RESOLVED**, that in the judgment of the Members of the Company it is desirable and in the best interests of the Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), in which the authority to liquidate the Company will be sought, and the filing of such petition is authorized hereby; and it is further

**RESOLVED**, that, KIRK LEWIN, as the President of the Company (the "**Authorized Person**") is authorized and empowered, on behalf of and in the name of the Company, to execute and verify such petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Person executing the petitions on behalf of the Company shall determine; and it is further

**RESOLVED**, that the Authorized Person of the Company be, and hereby is authorized, on behalf of and in the name of the Company, to execute and file all petitions, schedules, lists and other papers and to take any and all actions that the Authorized Person may deem necessary or proper in the aforesaid Chapter 11 case (the "**Case**"); and it is further

**RESOLVED**, that the law firm of AKERMAN LLP be, and hereby is, employed under a general retainer as attorneys for the Company and the other affiliated debtor entities in the Case as bankruptcy and reorganization counsel and for all other relevant purposes; and it is further

**RESOLVED**, that the Authorized Person of the Company be, and hereby is, authorized and empowered on behalf of and in the name of the Company, to retain and employ other attorneys, accountants, restructuring professionals, financial advisors and other professionals to assist the Company in connection with the Case on such terms as are deemed necessary, proper or desirable; and it is further

**RESOLVED**, that the Authorized Person of the Company be, hereby is, respectively authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record and/or perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other such documents and take any such actions as are, in the Authorized Person's judgment, necessary, proper or desirable to prosecute the Chapter 11 case and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, the Authorized Person's authority thereunto to be evidenced by the taking of such actions; and it is further

79546245;2

**RESOLVED**, that any and all past actions heretofore taken by the Authorized Person of the Company in the name of and on behalf of the Company, in furtherance of any or all preceding resolutions be, and the same hereby are, ratified, approved and adopted.

_____
KIRK LEWIN, President
Dated: January 22, 2025

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  1060 Nepperhan Ave LLC           ,
               Debtor

Case No. _____

Chapter  11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| JP MORGAN CHASE ATTN CARDMEMBER SERVICES 201 N. WALNUT STREET DE1-0153 WILMINGTON, DE  19801 | | Debt | | $24,197.49 |

Date: 01/22/2025

_____
                                                  Debtor

*[Declaration as in Form 2]*

**Fill in this information to identify the case and this filing:**

Debtor Name __1060 Nepperhan Ave LLC_____

United States Bankruptcy Court for the: __Southern_____ District of __New York__
(State)

Case number (*If known*): _____

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors            12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration __Corporate Ownership Statement_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/22/2025__           X _____
        MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                         __Kirk Lewin_____
                                         Printed name

                                         __Managing Member_____
                                         Position or relationship to debtor

Official Form 202           **Declaration Under Penalty of Perjury for Non-Individual Debtors**