**Fill in this information to identify the case:**

Debtor name    1060 Nepperhan Ave LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    25-22056-shl

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 25, 2025            X /s/   Kirk Lewin
                                              Signature of individual signing on behalf of debtor

                                              Kirk Lewin
                                              Printed name

                                              managing member
                                              Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re:                                                                  :         Chapter 11

KCT, INC.,                                                          :

       Debtor.                                            :         Case No. 25-22055 (SHL)

                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re                                                                    :         Chapter 11

1060 NEPPERHAN AVE LLC,                          :

       Debtor.                                            :         Case No. 25-22056 (SHL)

                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## CONSOLIDATED DECLARATION OF KIRK LEWIN PURSUANT TO LOCAL BANKRUPTCY RULE 1007- 2 OF THE LOCAL BANKRUPTCY RULES FOR THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

I, Kirk Lewin declares the following under penalties of perjury pursuant to 28 U.S.C. §1746:

1.      I am the president of the debtor, KCT, Inc., a corporation organized under the laws of the State of New York ("**KCT**") and managing member of 1060 Nepperhan Ave LLC, a limited liability company organized under the laws of the State of Delaware ("**1060 Nepperhan**") (collectively, the "**Debtors**"). I am duly authorized to make this declaration (the "Declaration") on behalf of the Debtors.

2.      I am familiar with the Debtors' day to day operations, business, and financial affairs, and books and records. I am above eighteen (18) years of age and I am competent to testify.

3.      I submit this Declaration in accordance with Rule 1007-2 of the Local Rules of this court (the "**Local Bankruptcy Rules**") to assist this court (the "**Court**") and parties in interest in understanding the circumstances that compelled the commencement of the chapter 11 case, and in

support of the Debtors' petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

4.      Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge and my discussions with other members of the Debtors' management team. If called as a witness, I could and would testify competently to the facts set forth in this Declaration.

5.      Parts I through III of this Declaration provide an overview of the Debtors' businesses, events giving rise to the commencement of these chapter 11 cases and the Debtors' capital structures. Part IV sets forth the information required by Local Bankruptcy Rule 1007-2.

## I. THE DEBTOR'S BUSINESS

6.      The Debtor 1060 Nepperhan owns the real property located at 1060 Nepperhan Avenue, Yonkers, NY 10703 (the "**Property**") which was in the process of constructing and developing a 949-unit self-storage facility located at the Property to be operated and branded by CubeSmart. The Debtor 1060 Nepperhan began construction on the Property in March 2023.

7.      To facilitate the construction on the Property, on or about April 6, 2022, the Debtor 1060 Nepperhan obtained a Building Loan Agreement (the "**Building Loan Agreement**") and a Project Loan Agreement (the "**Project Loan Agreement, " together with the Building Loan Agreement, the "Loan Agreement**"), with PARKVIEW FINANCIAL REIT, LP ("**Administrative Agent**") in the principal sum of up to EIGHTEEN MILLION THREE HUNDRED FIVE THOUSAND and NO/100THS DOLLARS ($18,305,000.00) (collectively, the "**Loan**"). The Loan Agreement provides that the Loan shall be evidenced by one or more promissory notes (collectively, the "**Note**") executed by 1060 Nepperhan payable to the order of Western Alliance Bank ("**Lenders**") in the principal amount of the Loan and secured by one or more mortgages on the Property (collectively, the "**Mortgage**").

8.    On June 11, 2024, Parkview Financial REIT, LP and Parkview Financial 2020, LP, executed the Collateral Assignment of Deed of Trust and Related Loan Documents (the "**Assignment**") which assigned all of the rights, title and interest under the deed of trust dated April 6, 2022 to Lenders.

9.    The Loan matured on May 1, 2024. The non-default interest rate under the Loan is 9.50%, which equates to approximately $451,068.33 in monthly interest payments. As of the Petition Date, the amount of $8,836,510.20 in principal remains outstanding, together with unpaid interest.

## II. EVENTS LEADING TO THE CHAPTER 11 CASE

10.    Due to alleged default on the Loan, on or about December 2, 2024, the Administrative Agent initiated a non-judicial foreclosure action against the Debtors and set to sell at public auction on January 23, 2025, all membership and other equity interests owned by KCT. in and to 1060 Nepperhan (the "**Collateral**").

## III. PRE-PETITION CAPITAL STRUCTURE AND INDEBTEDNESS

11.    As of the Petition Date, the Lender held approximately $8 million of the $18 million original Loan.

12.    Aside from the loan obligations to the Lender, (a) the Debtor 1060 Nepperhan has unsecured debt of approximately $25,000, secured debt by mechanic liens of approximately $7,000,000 and is obligated on loans totaling approximately $8,000,000, and (b) the Debtor, KCT has no unsecured debt, secured debt by mechanic liens of approximately $57,000 and is obligated on loans totaling approximately $8,000,000.

## IV. INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007-2

13.    I have been advised that Local Bankruptcy Rule 1007-2 requires certain information related to the Debtors which are set forth below.

14.    In accordance with Local Bankruptcy Rule 1007-2(a)(3), there has been no prepetition committee of creditors formed in these chapter 11 cases.

15.    In accordance with Local Bankruptcy Rule 1007-2(a)(4), a list is being filed simultaneously herewith containing the names, addresses, and, where available, telephone and facsimile numbers of the creditors holding the twenty (20) largest unsecured claims (excluding insiders) against the Debtor 1060 Nepperhan, as Debtor KCT does not have any unsecured creditors.

16.    In accordance with Local Bankruptcy Rule 1007-2(a)(5), the schedules being filed simultaneously herewith contain the names, addresses, and, where available, telephone and facsimile numbers of the creditors holding the five (5) largest secured claims against the Debtor.

17.    To the best of my knowledge, none of the Debtors' property is in the possession or control of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity.

18.    In accordance with Local Bankruptcy Rule 1007-2(a)(10), the statement of financial affairs being filed simultaneously herewith provide the location of the Debtors' substantial assets, the location of their books and records, and the value of any assets held by the Debtors outside the territorial limits of the United States.

19.    In accordance with Local Bankruptcy Rule 1007-2(a)(11), affiant hereby represents that as of the date hereof there is no litigation pending against the Debtors.

20.    In accordance with Local Bankruptcy Rule 1007-2(a)(12), the statement of financial affairs being filed simultaneously herewith contains a list of the names of the individuals

who comprise the Debtors' existing senior management, with its tenure with the Debtors, and a brief summary of its relevant responsibilities and experience where available. The Debtor intends to continue to operate as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

21.     In accordance with Local Bankruptcy Rule 1007-2(b)(1), affiant hereby represents that as of the date hereof the estimated amount of the payroll to employees of the Debtors (exclusive of officers, directors and stockholders) for the 30-day period following the commencement of the Debtors' chapter 11 case is zero.

22.     In accordance with Local Bankruptcy Rule 1007-2(b)(2)(A), affiant hereby represents that as of the date hereof the amounts to be paid to the Debtors' officers, directors, and stockholders for services for the 30-day period following the commencement of the Debtors' chapter 11 cases is zero.

23.     In accordance with Local Bankruptcy Rule 1007-2(b)(3), affiant hereby represents that as of the date hereof the estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain unpaid, other than professional fees, for the 30-day period following the commencement of the Debtors' chapter 11 cases is zero.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  Yonkers, New York
        _____, 2025

                                        _____
                                        Kirk Lewin

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | 1060 Nepperhan Ave LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | 25-22056-shl |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Desimone Consulting Engineering 140 Broadway New York, NY 10005 | | owed $57,786.98 | | Unknown | $0.00 | $0.00 |
| Domani Inspection Services 72 Whitehall Street Lynbrook, NY 11563 | | owed $71,112.90 | Disputed | Unknown | $0.00 | $0.00 |
| FPL Fabricators & Erectors LLC 59-12 57 Street Maspeth, NY 11378 | | owed $477,599.71 | Disputed | Unknown | $0.00 | $0.00 |
| Future Coatings of New York 8 Rose Hill Road Suffern, NY 10901 | | owed $131,658.25 | Disputed | Unknown | $0.00 | $0.00 |
| JP Morgan Chase ATTN CARDMEMBER SERVICE 201 N. WALNUT STREET DE1-0153 Wilmington, DE 19801 | | | | | | $24,197.49 |
| Kane Contracting 832 Washington St Peekskill, NY 10566 | | owed $512,163.26 | Disputed | Unknown | $0.00 | $0.00 |
| KNR Construction 62 Sedgwick Ave Yonkers, NY 10705 | | owed $817,358.10 | Disputed | Unknown | $0.00 | $0.00 |
| New York City Department of Tax and Fin 66 John St 2nd floor, New York, NY 10038 | | | | | | Unknown |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor __1060 Nepperhan Ave LLC__ Case number *(if known)* __25-22056-shl__
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NYCOM 36-09 20th Ave. Astoria, NY 11105 | | owed $378,125 | Disputed | Unknown | $0.00 | $0.00 |
| Parkview Financial 11440 San Vincente Blvd 2nd Floor Los Angeles, CA 90049 | | | Disputed | $9,468,489.80 | $0.00 | $9,468,489.80 |
| Rinaldi Group of NY LLC One Harmon Meadow Blvd Secaucus, NJ 07094 | | includes all claims of   sub-contractors | Disputed | $4,102,332.61 | $0.00 | $4,102,332.61 |
| Ryan Soames Engineering 49 West 45th St. New York, NY 10036 | | owed $44.073.02 | Disputed | Unknown | $0.00 | $0.00 |
| SESI Consulting Engineers 959 Route 46 East Ste 300 Parsippany, NJ 07054 | | owed $11,457.58 | Disputed | Unknown | $0.00 | $0.00 |
| Titan Contrete 301 Route 52 Carmel, NY 10512 | | owed $214,307.39 | Disputed | Unknown | $0.00 | $0.00 |
| Trachte Building 314 Wilburn Road Sun Prairie, WI 53590 | | owed $105,000.35 | Disputed | Unknown | $0.00 | $0.00 |
| White Cap LP 3671 Old Winter Garden Road Orlando, FL 32805 | | owed $79,547.82 | Disputed | Unknown | $0.00 | $0.00 |

**Fill in this information to identify the case:**

Debtor name __1060 Nepperhan Ave LLC__

United States Bankruptcy Court for the:   __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) __25-22056-shl__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................ $ __0.00__

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................... $ __988,086.00__

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................ $ __988,086.00__

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ __13,570,822.41__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ __0.00__

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ __24,197.49__

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b      $ __13,595,019.90__

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>1060 Nepperhan Ave LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td>25-22056-shl</td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☒ No.  Go to Part 2.
☐ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

**Part 2:**    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | JP Morgan Chase | $0.00 |
| 7.2. | JP Morgan Chase | $0.00 |
| 7.3. | Misc. Deposits<br>See attached list | $988,086.00 |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$988,086.00

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    1060 Nepperhan Ave LLC _____    Case number (if known)  25-22056-shl
          Name

## Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Building under development | Fee Simple | Unknown | Subject to Valuation by Court | Unknown |

**56.    Total of Part 9.**                                                                                              $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

Software Copyright (c) 1998-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | 1060 Nepperhan Ave LLC | Case number *(if known)* 25-22056-shl |
|---|---|---|
| | Name | |

58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor    1060 Nepperhan Ave LLC                                    Case number *(If known)* 25-22056-shl
_____                  _____
Name

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $988,086.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $988,086.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $988,086.00 |

Fill in this information to identify the case:

Debtor name __1060 Nepperhan Ave LLC__

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known) __25-22056-shl__

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Desimone Consulting Engineering<br>Creditor's Name<br>140 Broadway<br><br>New York, NY 10005<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | **Describe debtor's property that is subject to a lien**<br>owed $57,786.98<br><br><br><br>**Describe the lien**<br>Mechanic's Lien<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | Unknown | $0.00 |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |
| **2.2** Domani Inspection Services<br>Creditor's Name<br><br>72 Whitehall Street<br>Lynbrook, NY 11563<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | **Describe debtor's property that is subject to a lien**<br>owed $71,112.90<br><br><br><br>**Describe the lien**<br>Mechanic's Lien<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | Unknown | $0.00 |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |

| Debtor | 1060 Nepperhan Ave LLC | Case number (if known) | 25-22056-shl |
|---|---|---|---|
| | Name | | |

---

**2.3** FPL Fabricators & Erectors LLC
Creditor's Name

59-12 57 Street
Maspeth, NY 11378
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
owed $477,599.71

Describe the lien
Mechanic's Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Unknown          $0.00

---

**2.4** Future Coatings of New York
Creditor's Name

8 Rose Hill Road
Suffern, NY 10901
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
owed $131,658.25

Describe the lien
Mechanic's Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Unknown          $0.00

---

**2.5** Kane Contracting
Creditor's Name

832 Washington St
Peekskill, NY 10566
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
owed $512,163.26

Describe the lien
Mechanic's Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Unknown          $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Debtor    1060 Nepperhan Ave LLC                        Case number (if known)    25-22056-shl
Name

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.6  KNR Construction**
Creditor's Name

62 Sedgwick Ave
Yonkers, NY 10705
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? |
|---|
| ☒ No |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

Describe debtor's property that is subject to a lien
owed $817,358.10

Describe the lien
Mechanic's Lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Unknown      $0.00

---

**2.7  NYCOM**
Creditor's Name

36-09 20th Ave.
Astoria, NY 11105
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? |
|---|
| ☒ No |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

Describe debtor's property that is subject to a lien
owed $378,125

Describe the lien
Mechanic's Lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Unknown      $0.00

---

**2.8  Parkview Financial**
Creditor's Name
11440 San Vincente Blvd
2nd Floor
Los Angeles, CA 90049
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$9,468,489.80      $0.00

---

Official Form 206D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 3 of 6

Debtor    1060 Nepperhan Ave LLC
Name
Case number (if known)    25-22056-shl

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |

---

| 2.9 | Rinaldi Group of NY LLC | Describe debtor's property that is subject to a lien | $4,102,332.61 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | includes all claims of   sub-contractors | | |
| | One Harmon Meadow Blvd | | | |
| | Secaucus, NJ 07094 | Describe the lien | | |
| | Creditor's mailing address | Mechanic's Lien | | |

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |

---

| 2.10 | Ryan Soames Engineering | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | owed $44,073.02 | | |
| | 49 West 45th St. | | | |
| | New York, NY 10036 | Describe the lien | | |
| | Creditor's mailing address | Mechanic's Lien | | |

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |

---

| 2.11 | SESI Consulting Engineers | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | owed $11,457.58 | | |
| | 959 Route 46 East Ste 300 | | | |
| | Parsippany, NJ 07054 | Describe the lien | | |
| | Creditor's mailing address | Mechanic's Lien | | |

**Is the creditor an insider or related party?**
☒ No

---

Debtor    1060 Nepperhan Ave LLC
     Name

Case number (if known)    25-22056-shl

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☒ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☒ Disputed |

---

**2.1 2**    Titan Contrete
     Creditor's Name

Describe debtor's property that is subject to a lien
owed $214,307.39

Unknown    $0.00

301 Route 52
Carmel, NY 10512
Creditor's mailing address

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.1 3**    Trachte Building
     Creditor's Name

Describe debtor's property that is subject to a lien
owed $105,000.35

Unknown    $0.00

314 Wilburn Road
Sun Prairie, WI 53590
Creditor's mailing address

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.1 4**    White Cap LP
     Creditor's Name

Describe debtor's property that is subject to a lien
owed $79,547.82

Unknown    $0.00

3671 Old Winter Garden

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    1060 Nepperhan Ave LLC
_____    Case number (if known)    25-22056-shl
          Name

Road
Orlando, FL 32805
Creditor's mailing address                          Describe the lien
                                                    Mechanic's Lien
_____    _____
Creditor's email address, if known                  Is the creditor an insider or related party?
                                                    ☒ No
                                                    ☐ Yes
                                                    Is anyone else liable on this claim?
Date debt was incurred                              ☒ No
                                                    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an                       As of the petition filing date, the claim is:
interest in the same property?                      Check all that apply
☒ No                                                ☐ Contingent
☐ Yes. Specify each creditor,                       ☐ Unliquidated
including this creditor and its relative            ☒ Disputed
priority.

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $13,570,822.41

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Farrel Fritz<br>622 Third Avenue<br>New York, NY 10017 | Line _2.8_ | |
| Sheppard Mullin<br>30 Rockefeller Plaza<br>New York, NY 10112 | Line _2.8_ | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    1060 Nepperhan Ave LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    25-22056-shl

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>New York City Department of Tax<br>and Fin<br>66 John St 2nd floor,<br>New York, NY 10038 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>NEW YORK STATE DEPT OF<br>TAXATION AND FIN<br>BUILDING 8 - ROOM 45<br>W A HARRIMAN CAMPUS<br>Albany, NY 12227 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor ___1060 Nepperhan Ave LLC___  Case number (if known) ___25-22056-shl___
       Name

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,197.49 |
|---|---|---|---|
| | JP Morgan Chase<br>ATTN CARDMEMBER SERVICE<br>201 N. WALNUT STREET<br>DE1-0153<br>Wilmington, DE 19801 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Corporation Counsel of the City of NY<br>100 Church Street<br>New York, NY 10007 | Line _2.2_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | NYS Attorney General Office<br>United states Department of Justice<br>Washington, DC 20530 | Line _2.3_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Office for US Attorneys<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW, Room 2242<br>Washington, DC 20530 | Line _2.1_<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 24,197.49 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 24,197.49 |

**Fill in this information to identify the case:**

Debtor name  1060 Nepperhan Ave LLC

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  25-22056-shl

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name _1060 Nepperhan Ave LLC_

United States Bankruptcy Court for the: _SOUTHERN DISTRICT OF NEW YORK_

Case number (if known) _25-22056-shl_

☐ Check if this is an amended filing

---

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Joseph Lewin Irrevocable Family Trust On | | Parkview Financial | ☒ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | KCT Inc | | Parkview Financial | ☒ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Kirk lewin | | Parkview Financial | ☒ D __2.8__<br>☐ E/F _____<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>1060 Nepperhan Ave LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td>25-22056-shl</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | For prior year: From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $0.00 |
   | For year before that: From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    1060 Nepperhan Ave LLC _____    Case number *(if known)*  25-22056-shl _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount
   may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold
   at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
   of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
   debt.

   ☒ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

   | Part 3: | Legal Actions or Assignments |
   |---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
   in any capacity—within 1 year before filing this case.

   ☒ None.

   | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
   receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

   | Part 4: | Certain Gifts and Charitable Contributions |
   |---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
   the gifts to that recipient is less than $1,000**

   ☒ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

   | Part 5: | Certain Losses |
   |---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☒ None

Debtor   1060 Nepperhan Ave LLC _____   Case number (if known) 25-22056-shl _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets -- Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.** Jacobs P.C. | | | $15,000.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? Kirk Lewin | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    1060 Nepperhan Ave LLC             Case number *(if known)*   25-22056-shl

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | JP Morgan Chase | XXXX-1956 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| various vendors | Kirk lewin | misc preordered building supplies | ☐ No<br>☒ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor   1060 Nepperhan Ave LLC                                   Case number *(if known)*  25-22056-shl

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Kirk Lewin | |

Debtor    1060 Nepperhan Ave LLC      Case number *(if known)* 25-22056-shl

| Name and address | Date of service From-To |
|---|---|
| 26a.2.   Shalik, Morris & Company, LLP<br>80 Crossways Park Drive West<br>Woodbury, NY 11797 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   Kirk Lewin | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   Shalik, Morris & Company | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Kirk Lewin | |

| 26c.2.   Shalik, Morris & Company | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kirk Lewin | | managing member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| KCT Inc | | member | 100% |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   1060 Nepperhan Ave LLC _____     Case number *(if known)* 25-22056-shl _____

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       February 25, 2025 _____

/s/   Kirk Lewin _____          Kirk Lewin _____
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor   managing member _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   1060 Nepperhan Ave LLC                                  Case No.   25-22056-shl

                                          Debtor(s)           Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ..................................................   $       15,000.00

    Prior to the filing of this statement I have received ....................................   $       15,000.00

    Balance Due..................................................................................................   $          0.00

2.   The source of the compensation paid to me was:

    ☐ Debtor   ☒ Other (specify):   KirK Lewin

3.   The source of compensation to be paid to me is:

    ☒ Debtor   ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| February 25, 2025 | /s/ Leo Jacobs |
|---|---|
| *Date* | Leo Jacobs 5148887 |
| | *Signature of Attorney* |
| | Jacobs P.C. |
| | 717 5th Avenue, fl 17 |
| | New York, NY 10022 |
| | (212) 229-0476   Fax: (212) 937-3368 |
| | leo@jacobspc.com |
| | *Name of law firm* |

## United States Bankruptcy Court
### Southern District of New York

In re    1060 Nepperhan Ave LLC

Debtor(s)

Case No.    25-22056-shl

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| KCT Inc. | | | 100 % membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the managing member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    February 25, 2025

Signature    /s/ Kirk Lewin

Kirk Lewin

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    1060 Nepperhan Ave LLC        Case No.    25-22056-shl

                  Debtor(s)        Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   1060 Nepperhan Ave LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [*Check if applicable*]

KCT, Inc. 100%

February 25, 2025                /s/ Leo Jacobs

Date                           Leo Jacobs 5148887

                                Signature of Attorney or Litigant
                                Counsel for   1060 Nepperhan Ave LLC
                                Jacobs P.C.
                                717 5th Avenue, fl 17
                                New York, NY 10022
                                (212) 229-0476  Fax:(212) 937-3368
                                leo@jacobspc.com

**United States Bankruptcy Court**
**Southern District of New York**

In re   1060 Nepperhan Ave LLC _____    Case No.    25-22056-shl _____
                                    Debtor(s)              Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the managing member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   February 25, 2025 _____        /s/  Kirk Lewin _____
                                                    Kirk Lewin/managing member
                                                    Signer/Title

25-22056-shl

Corporation Counsel of the City of NY
100 Church Street
New York, NY 10007

Desimone Consulting Engineering
140 Broadway
New York, NY 10005

Domani Inspection Services
72 Whitehall Street
Lynbrook, NY 11563

Farrel Fritz
622 Third Avenue
New York, NY 10017

FPL Fabricators & Erectors LLC
59-12 57 Street
Maspeth, NY 11378

Future Coatings of New York
8 Rose Hill Road
Suffern, NY 10901

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Joseph Lewin Irrevocable Family Trust On

JP Morgan Chase
ATTN CARDMEMBER SERVICE
201 N. WALNUT STREET DE1-0153
Wilmington, DE 19801

Kane Contracting
832 Washington St
Peekskill, NY 10566

KCT Inc

Kirk lewin

KNR Construction
62 Sedgwick Ave
Yonkers, NY 10705

New York City Department of Tax and Fin
66 John St 2nd floor,
New York, NY 10038

NEW YORK STATE DEPT OF TAXATION AND FIN
BUILDING 8 - ROOM 45
W A HARRIMAN CAMPUS
Albany, NY 12227


NYCOM
36-09 20th Ave.
Astoria, NY 11105


NYS Attorney General Office
United states Department of Justice
Washington, DC 20530


Office for US Attorneys
United States Department of Justice
950 Pennsylvania Avenue, NW, Room 2242
Washington, DC 20530


Parkview Financial
11440 San Vincente Blvd
2nd Floor
Los Angeles, CA 90049


Rinaldi Group of NY LLC
One Harmon Meadow Blvd
Secaucus, NJ 07094


Ryan Soames Engineering
49 West 45th St.
New York, NY 10036


SESI Consulting Engineers
959 Route 46 East Ste 300
Parsippany, NJ 07054


Sheppard Mullin
30 Rockefeller Plaza
New York, NY 10112


Titan Contrete
301 Route 52
Carmel, NY 10512


Trachte Building
314 Wilburn Road
Sun Prairie, WI 53590


White Cap LP
3671 Old Winter Garden Road
Orlando, FL 32805