**JACOBS P.C.**
*Co-Counsel for the Debtors*
717 Fifth Avenue, 17th Floor
New York, New York 10022
Telephone: (212) 229-0476
Leo Jacobs, Esq.
Aaron Slavutin, Esq.
leo@jacobspc.com
aaron@jacobspc.com

**Related ECF Docket No.: 171**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| 1060 NEPPERHAN AVE LLC, *et al.*,[1] | Case No. 25-22056-SHL |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------X

**CERTIFICATE OF NO OBJECTION**
**PURSUANT TO LOCAL BANKRUPTCY RULE 9013-3**

1060 Nepperhan Ave., LLC and KCT, Inc., respectively, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by their co-counsel, represent:

1. On July 30, 2026, the Debtors filed the Application for Final Professional Compensation of Jacobs P.C., as Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses (the "Application").

2. Papers responding to or opposing the Application were due by 2:00 p.m. on August 17, 2026 (the "Deadline"). *See* ECF Doc. No. 174 (Order setting the Deadline).

3. Service of the Application and Order setting the Deadline was caused by ECF, Electronic Mail and/or U.S. Mail on the parties listed in the Affidavit of Service at ECF Doc. No. 176.

4. As of 2:05 p.m. on August 19, 2026, no objection, responsive pleading, opposition or request

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 1060 Nepperhan Ave LLC (3334); and KCT, Inc (6328).

for a hearing was filed on this Court's ECF system.

5. August 19, 2026, 2:05 p.m., is more than forty-eight hours after the Deadline.

6. Debtor's co-counsel is unaware of any objection, responsive pleading, or request for a hearing with respect to the Application.

7. Debtor's co-counsel reviewed the Court's ECF docket after expiration of the time to file an objection, and no objection, responsive pleading, or request for a hearing with respect to the Application appears thereon.

Dated: New York, New York
August 19, 2026

JACOBS P.C.
*Counsel for the Debtor*

By: */s/ Aaron Slavutin*

Aaron Slavutin, Esq.
Leo Jacobs, Esq.
717 Fifth Avenue, Floor 17
New York, New York 10022
212-229-0476
aaron@jacobspc.com
leo@jacobspc.com