UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| 1060 NEPPERHAN AVE LLC, *et al.*,[1] | : | Case No. 25-22056 (SHL) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

I, Reyko E. Delpino, being duly sworn, hereby certify that I am over eighteen (18) years of age, employed as a Paralegal with Akerman LLP, 1251 Avenue of the Americas, 37th Floor, New York, NY 10020, and that I am not a party to this action.

I hereby certify that on September 25, 2026, I caused a true and correct copy of the *NOTICE OF HEARING with DEBTORS' VERIFIED OBJECTION TO CLAIMS OF V&P ALTITUDE CORP. AS DUPLICATIVE AND OVERSTATED CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007 [CLAIM NUMBERS 14 AND 15] and exhibits thereto* [ECF No. 200] to be served via (i) CM/ECF upon all parties requesting notice; (ii) ECF and Electronic Mail upon the parties listed on the attached service as denoted by "*"; and (ii) U.S. Mail, in a sealed envelope with postage pre-paid thereon in an official depository of the U.S. Postal Service within the State of New York upon the parties listed on the attached service as denoted by "**".

Reyko E. Del Pino
Reyko E. Del Pino

Sworn to before me this
2nd day of October, 2026.

Walter Lee Lewis
Notary Public

**WALTER LEE LEWIS**
**Notary Public, State of New York**
**No. 01LE6143008**
**Qualified in Bronx County**
**Certificate on file in New York County**
**Commission Expires 03/27/2030**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 1060 Nepperhan Ave LLC (3334); and KCT, Inc (6328).

**SERVICE LIST**

***SERVICE VIA ECF AND E-MAIL***
United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

***SERVICE VIA E-MAIL AND U.S. MAIL***
V&P Altitude Corp.
Attn: Henry Asnes
2201 Neptune Avenue, Suite C5
Brooklyn, NY 11224–2375
vpaltitude.ha@gmail.com

Adam Kleinberg, Esq.
Guercio & Guercio LLP
77 Conklin St.
Farmingdale, NY 11735
akleinberg@guerciolaw.com